IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:92CR14
                             )
     v.                      )
                             )
CHRISTOPHER SCOTT,           )         ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion (Filing No. 1026) for reconsideration to alter or amend judgment pursuant to F.R.Civ.P. Rule 59(e) and for extension of time. Defendant relies primarily upon Amendment 591 to the United States Sentencing Guidelines.  That amendment is not applicable to his case or to his sentence which was imposed pursuant to the Continuing Criminal Enterprise provisions of 21 U.S.C. § 848. Amendment 591 was promulgated to clarify imposition of sentences for drug offenses occurring near protected locations or involving underage or pregnant individuals.  Having reviewed this file, the Court finds defendant's motion is without merit and it will be denied.  Accordingly,

IT IS ORDERED that defendant's motion for reconsideration to alter or amend judgment pursuant to F.R.Civ.P. Rule 59(e) and for extension of time is denied.

DATED this 13th day of January, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court