IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER SCOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to reconsider order and judgment (Filing No. 1084), seeking a reconsideration of this Court's memorandum opinion and order and judgment of January 2, 2008 (Filing Nos. 1080 and 1081). The defendant is not eligible for the application of Amendment 706 to the United States Sentencing Guidelines as he was not sentenced under the guidelines but was sentenced pursuant to the applicable statutes. The sentence imposed upon defendant was mandated by Congress in Title 21, United States Code, § 848(b) as he was convicted of a continuing criminal enterprise.

For the reasons stated in this Court's memorandum opinion of January 2, 2008, the defendant's motion to reconsider will be denied. Accordingly,

IT IS ORDERED that defendant's motion to reconsider order and judgment is denied.

DATED this 5th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court