IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )          8:92CR14
                                   )
      v.                           )
                                   )
CHRISTOPHER SCOTT,                 )          MEMORANDUM OPINION
                                   )
            Defendant.             )
_____)


        This matter is before the Court on defendant

Christopher Scott's (hereinafter "defendant") request for

reconsideration based on a misinterpretation of the Fair

Sentencing Act as clarified by Congress in H.R. 6548; renewed

request for modification of sentence pursuant to 18 U.S.C.

§ 3582(c)(2) (Filing No. 1179).  Under § 3582(c)(2), defendant

seeks a reduction of his term of imprisonment as a result of the

November 1, 2010, Amendments to the United States Sentencing

Guidelines ("Sentencing Guidelines").  Eighth Circuit precedent

forecloses defendant's argument, and he is therefore not entitled

to the retroactive application of the November 1, 2010,

Amendments to the Sentencing Guidelines.

        On November 1, 2010, amendments to the Sentencing

Guidelines became effective to apply to all offenders sentenced

after that date.  See 18 U.S.C. § 3553(a)(4)(ii) (sentencing

courts must consider the guidelines that "are in effect on the

date the defendant is sentenced").  Defendant now urges this

Court to retroactively apply the amendments to his case for a possible sentence reduction.  The Eighth Circuit has held, however, that these amendments to the Sentencing Guidelines are not retroactive.  *See United States v. Orr*, No. 09-3644, 2011 WL 722405, at *12 (8th Cir. Mar. 3, 2011) ("Thus, as we have previously recognized, Congress expressed no desire in the [amendments to the sentencing guidelines] that [they] be applied retroactively, and consequently the federal Savings Statute clearly forecloses [defendant's] argument for retroactive application.")

Accordingly, defendant's request for reconsideration based on a misinterpretation of the Fair Sentencing Act as clarified by Congress in H.R. 6548; renewed request for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) will be denied.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 1st day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court