IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALLEN SCOTT, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion for modification of sentence pursuant to 18 U.S.C. § 3582(C)(2) (Filing No. 1191) is denied.

DATED this 24th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court