IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER ALLEN SCOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion request for reconsideration of defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (Filing No. 1194). The Court has reviewed defendant's motion, the instructions (Filing No. 592) given to the jury, the sentencing memorandum of July 23, 1993 (Filing No. 728), and the statutes that were in effect in 1992 and 1993.  The Court finds defendant's motion for reconsideration should be denied.  Accordingly,

IT IS ORDERED that defendant's motion for reconsideration of defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) is denied.

DATED this 28th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court