IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:92CR14
                             )
      v.                     )
                             )
CHRISTOPHER SCOTT,           )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court because defendant Christopher Scott has filed a notice of appeal (Filing No. 1250) of this Court's order and judgment (Filing No. 1246) denying his successive motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (Filing No. 1243).

"Before presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion, as required by 28 U.S.C. § 2255, para. 8."  28 U.S.C. § 2255 Rule 9. This Court denied Scott's motion because it was, in effect, a third, successive § 2255 motion, and the Court did not have an order from the Eighth Circuit authorizing the Court to consider Scott's motion.  Accordingly,

IT IS ORDERED that no certificate of appealability will be issued by this Court. Defendant is permitted to proceed on appeal in forma pauperis.

DATED this 12th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court