IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR14 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER SCOTT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's notice of appeal (Filing No. 1289) as to the denial of his Rule 36 motion (Filing No. 1287 and Filing No. 1288). The defendant is entitled to proceed *in forma pauperis*. However, the Court declines to grant a certificate of appealability. The issue raised by defendant was considered by the Court and is without merit. Accordingly,

IT IS ORDERED:

1) Defendant is permitted to appeal *in forma pauperis*.

2) No certificate of appealability will issue.

DATED this 14th day of October, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court